IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL JILES, DENNIS BREWER,　　　　　　　　　　　　　　　　PLAINTIFFS
CHRISTOPHER JACKSON, ELBERT
ANTHONY MILLER, RANDALL BROWN,
and PATRICIA ANN HALL

v.　　　　　　No. 3:05cv00093 SWW
　　　　　　　No. 3:03CV00311 JLH

ARBURT ROBINSON, Individually and In
His Official Capacity as Chief of the
West Memphis Fire Department; CITY OF
WEST MEMPHIS, ARKANSAS FIRE DEPT.;
WILLIAM JOHNSON, Individually and in His
Official Capacity as MAYOR of the CITY OF
WEST MEMPHIS, Arkansas　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

Defendants' motion to consolidate *Westbrook v. City of West Memphis*, No. 3:05CV00093 SWW, with this case is DENIED. The Court previously consolidated three other cases with the captioned matter because those cases involve the same issues of alleged racial discrimination arising out of the same occurrences. Case No. 3:05CV00093 involves allegations of sex discrimination rather than race discrimination and apparently is based on different occurrences. In view of the fact that the present case, now consolidated with three others, involves several plaintiffs, all of whom allege racial discrimination and all of whom rely on the same set of occurrences, it would unduly complicate this litigation to consolidate that case with this one. Therefore, the motion to consolidate is DENIED.

IT IS SO ORDERED this ___19th___ day of July, 2005.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　J. LEON HOLMES
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE