**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

|  |  |  |
|---|---|---|
| JOYCE WESTBROOK | * | |
| Plaintiff | * | |
| VS. | * | |
| CITY OF WEST MEMPHIS, ARKANSAS, and ARBURT ROBINSON, individually and in his official capacity as fire chief for West Memphis | * | NO: 3:05CV00093  SWW |
| Defendants | * | |

## ORDER

On April 25, 2006, Plaintiff filed a motion to compel discovery. Now before the Court is Defendants' response stating that they have supplied Plaintiff with information, including documents, and anticipate that "the remaining information" will be furnished to Plaintiff by May 19, 2006. Accordingly, Plaintiff's motion to compel (docket entry #11) is DENIED AS MOOT. If Plaintiff disagrees that Defendant has responded fully and completely to discovery requests, she may submit a second motion to compel.

IT IS SO ORDERED THIS 18TH DAY OF MAY, 2006.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE