# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO  DIVISION

|  |  |  |
|---|---|---|
|  | * |  |
| JOYCE WESTBROOK | * |  |
|  | * |  |
| Plaintiff | * |  |
|  | * |  |
| VS. | * |  |
|  | * |  |
| CITY OF WEST MEMPHIS, | * | NO: 3:05CV00093   SWW |
| ARKANSAS, and ARBURT | * |  |
| ROBINSON, individually and in his | * |  |
| official capacity as fire chief for West | * |  |
| Memphis | * |  |
|  | * |  |
| Defendants | * |  |
|  | * |  |

## ORDER

On May 22, 2006, Plaintiff filed a second motion to compel discovery responses.  Now before the Court is Defendants' response, stating that the parties are in agreement that Defendants' discovery responses will be provided by June 7, 2006 and that Court intervention is unnecessary.  Accordingly, Plaintiff's second motion to compel (docket entry #15) is DENIED AS MOOT.

IT IS SO ORDERED THIS 14TH DAY OF JUNE, 2006.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE