# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

|  |  |
|---|---|
| JOYCE WESTBROOK | * |
| Plaintiff | * |
| VS. | * |
| CITY OF WEST MEMPHIS, ARKANSAS, and ARBURT ROBINSON, individually and in his official capacity as fire chief for West Memphis | * NO: 3:05CV00093 SWW |
| Defendants | * |

## ORDER

Counsel for the parties in this case contacted the Court by telephone and jointly requested an extension of time for Defendants' response to Plaintiff's motion for summary judgment. For good cause shown, the request is GRANTED. Plaintiff has up to and including September 15, 2006 in which to file a response to Defendants' motion for summary judgment.

IT IS SO ORDERED THIS 25TH DAY OF JULY, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE