## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| JOYCE WESTBROOK | * | |
| Plaintiff | * | |
| VS. | * | |
| CITY OF WEST MEMPHIS, ARKANSAS, and ARBURT ROBINSON, individually and in his official capacity as fire chief for West Memphis | * | NO: 3:05CV00093 SWW |
| Defendants | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 24TH DAY OF OCTOBER, 2006.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE